Fred W. Schwinn (SBN 225575)
Raeon R. Roulston (SBN 255622)
Matthew C. Salmonsen (SBN 302854)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorneys for Plaintiffs
ARTURO DIAZ GOMEZ
and LAURA ESTHELA GOMEZ

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ARTURO DIAZ GOMEZ and LAURA ESTHELA GOMEZ,<br><br>Plaintiffs,<br>v.<br><br>IRWIN J. ESKANOS, individually and in his official capacity; and RICHARD AARON SEGOL, individually and in his official capacity,<br><br>Defendants. | Case No. 5:18-CV-00681-BLF-HRL<br><br>**STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs, ARTURO DIAZ GOMEZ and LAURA ESTHELA GOMEZ, and Defendants, IRWIN J. ESKANOS and RICHARD AARON SEGOL, stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiffs, ARTURO DIAZ GOMEZ and LAURA ESTHELA GOMEZ, against all Defendants in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

oo0oo

| | |
|---|---|
| | CONSUMER LAW CENTER, INC. |
| Dated: April 11, 2018 | By: /s/ Raeon R. Roulston<br>Fred W. Schwinn (SBN 225575)<br>Raeon R. Roulston (SBN 255622)<br>Matthew C. Salmonsen (SBN 302854)<br><br>Attorneys for Plaintiffs<br>ARTURO DIAZ GOMEZ and<br>LAURA ESTHELA GOMEZ |
| | KRONIC, MOSKOVITZ, TIEDMANN & GIRARD, LLP |
| Dated: April 11, 2018 | By: /s/ June D. Coleman<br>June D. Coleman (SBN 191890)<br><br>Attorney for Defendants<br>IRWIN J. ESKANOS and<br>RICHARD AARON SEGOL |

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: _____

*[signature]*

The Honorable Beth Labson Freeman
Judge of the District Court